# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: March 2, 2010 |
| Court Reporter: Janet Coppock | Time: 2 hours and 54 minutes |

**CASE NO. 10-cv-00362-PAB**

| Parties | Counsel |
|---|---|
| **BIG O TIRES, LLC,** | Harold Bruno |
| Plaintiff (s), | |
| vs. | |
| **FELIX BROS., INC., ARMIDA FELIX, ANGEL FELIX, and MARIA FELIX,** | Isabel Posso |
| Defendant (s). | |

## CONTINUED HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER

**8:37 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.

**Plaintiff's Renewed Motion for Temporary Restraining Order (Doc #9), filed 2/23/10.**

Page Two
10-cv-00362-PAB
March 2, 2010

Court makes opening remarks.

**8:38 p.m.**   Direct examination of defendant Ralph Felix by Ms. Posso.

**9:21 a.m.**   Cross examination by Mr. Bruno.

**9:51 a.m.**   Redirect examination by Ms. Posso.

Witness excused.

Mr. Bruno requests the Court take judicial notice to Big O Tires v. G.G.M. Enterprises, Inc., Case No. 09-cv-00477-PAB.

**10:01 a.m.   COURT IN RECESS**

**10:19 a.m.   COURT IN SESSION**

**10:20 a.m.**   Argument by Mr. Bruno.  Questions by the Court.

**10:50 a.m.**   Argument by Ms. Posso.  Questions by the Court.

**11:25 a.m.**   Rebuttal argument by Mr. Bruno.

**ORDERED:**   Defendants' Motion to Abate Proceedings/Case; Grounds for Motion to Dismiss; and Memorandum of Points and Authorities (Doc #28), filed 3/1/10 is **DENIED.**

Court states its findings of fact and conclusions of law.

**ORDERED:**   Plaintiff's Renewed Motion for Temporary Restraining Order (Doc #9), filed 2/23/10 is **GRANTED in PART and DENIED in PART.**

**ORDERED:**   Plaintiff's Motion to Supplement (Doc #16), filed 2/24/10 is **GRANTED.**

**ORDERED:**   Defendants and in particular Ralph Felix are enjoined and ordered to turn over a copy of the customer list for the Quartz Hill store location to Big O Tires and take every step necessary for defendant Ralph Felix to transfer the to Big O Tires, the telephone number of the Quartz Hill store on or before **March 9, 2010.**

Page Three
10-cv-00362-PAB
March 2, 2010

**ORDERED:** Hearing on Motion for Preliminary Injunction will be scheduled upon request by counsel.

**12:42 p.m.     COURT IN RECESS**

**Total in court time:        174 minutes**

**Hearing concluded**