IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 10-cv-00362-PAB

BIG O TIRES, LLC, a Nevada limited
liability company f/k/a BIG O TIRES, INC.,
a Colorado corporation,

    Plaintiff,

v.

FELIX BROS., INC., a California corporation,
RALPH FELIX, an individual,
ARMIDA FELIX, an individual,
ANGEL FELIX, an individual, and
MARIA FELIX, an individual,

    Defendants.

## ORDER

The matter is before the Court on the parties' stipulation and joint motion [Docket No. 32]. On March 5, 2010, the Court issued a temporary restraining order scheduled to expire on March 16, 2010 [Docket No. 31]. As part of that order, the Court required that defendants reassign a telephone number and provide a customer list to plaintiff on or before March 9, 2010. The parties now stipulate to an extension of two days for defendants to complete those actions. *See* Joint Mot. at 2. The Court having considered the parties' joint motion and its premises, it is

**ORDERED** that the stipulation and joint motion [Docket No. 32] is GRANTED. It is further

**ORDERED** that defendants Felix Bros., Inc., Ralph Felix, Armida Felix, Angel

Felix, and Maria Felix, on or before March 11, 2010, shall take all steps necessary to reassign to Big O Tires the telephone number defendants were and are using at the Quartz Hill, California location and that defendants provide Big O Tires with a copy of the list of customers for the Quartz Hill, California location during the time that defendants operated the store at that location as a Big O Tires franchise.

DATED March 9, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge