IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 10-cv-00362-PAB

BIG O TIRES, LLC, a Nevada limited
liability company f/k/a BIG O TIRES, INC.,
a Colorado corporation,

    Plaintiff,

v.

FELIX BROS., INC., a California corporation,
RALPH FELIX, an individual,
ARMIDA FELIX, an individual,
ANGEL FELIX, an individual, and
MARIA FELIX, an individual,

    Defendants.

## MINUTE ORDER

**Order Entered By Judge Philip A. Brimmer**

    This matter is before the Court on defendants' motion to strike plaintiff's expert or for continuance of the preliminary injunction hearing set for June 17, 2010 [Docket No. 71]. Plaintiff filed a response [Docket No. 73]. The Court is fully apprised of the motion's premises. It is

    **ORDERED** that the motion to strike or for a continuance [Docket No. 71] is DENIED. Plaintiff's expert witness will be permitted to testify during the June 17, 2010 preliminary injunction hearing. The issue of whether further proceedings will be held to permit defendants to offer rebuttal evidence will be taken up during the June 17, 2010 hearing.

    DATED June 16, 2010.