**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks
Court Reporter: Janet Coppock

Date: June 17, 2010
Time: 5 hours and 56 minutes

---

**CASE NO. 10-cv-00362-PAB-KLM**

| Parties | Counsel |
|---|---|
| **BIG O TIRES, LLC,** | Harold Bruno |
| | Brian Basiak |
| Plaintiff (s), | |
| vs. | |
| **FELIX BROS., INC.,** | Isabel Posso |
| **ARMIDA FELIX,** | |
| **ANGEL FELIX, and** | |
| **MARIA FELIX,** | |
| Defendant (s). | |

---

**HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

---

**9:07 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL. Also present Kevin Kormondy, Chief Operating Officer of Big O Tires.

**ORDERED:** Defendants' Request for 60 days to retain a rebuttal expert and to have a report prepared is **DENIED.**

**Plaintiff's Motion for Preliminary Injunction Regarding In-Term Convenant Not to Compete (Doc #45), filed 4/6/10.**

**9:20 a.m.** Direct examination of plaintiff's witness Russell Mangum by Mr. Bruno.

Plaintiff's **exhibit 2** identified, offered and ADMITTED.

Plaintiff's **exhibit 1 (schedule 2)** identified, offered and ADMITTED.

Plaintiff's **exhibit 1 (schedules 3 and 3.1)** identified, offered and ADMITTED.

Plaintiff's **exhibit 1 (pages BOFB1762 through BOFB1766)** identified, offered and ADMITTED.

Plaintiff's **exhibit 1 (pages BOFB1782 and BOFB1783)** identified, offered and ADMITTED.

Plaintiff's **exhibit 1 (schedules 4 and 4.1)** identified, offered and ADMITTED.

Plaintiff's **exhibit 1 (schedules 5 and 6)** identified, offered and ADMITTED.

Plaintiff's **exhibit 1 (maps 3 and 4)** identified, offered and ADMITTED.

Plaintiff's **exhibit 1 (remaining pages)** identified and offered. Voir dire by Ms. Posso. Objection by Ms. Posso. Objection is overruled.

**ORDERED:** Plaintiff's **exhibit 1 (remaining pages)** is ADMITTED.

**10:28 a.m.** **COURT IN RECESS**

**10:40 a.m.** **COURT IN SESSION**

       Cross examination by Ms. Posso.

Witness excused.

**11:22 a.m.** Direct examination of plaintiff's witness Richard O'Neil by Mr. Bruno.

Plaintiff's **exhibit 3** identified, offered and ADMITTED over objection by Ms. Posso.

Plaintiff's **exhibit 9** identified, offered and ADMITTED.

Plaintiff's **exhibits 10 and 11** identified, offered and ADMITTED.

**11:53 a.m.**   Cross examination by Ms. Posso.

**12:00 p.m.**   **COURT IN RECESS**

**1:32 p.m.**   **COURT IN SESSION**

   Cross examination by Ms. Posso continues.

Defendants' **exhibits E, F, and G** identified, offered and ADMITTED.

**1:57 p.m.**   Redirect examination by Mr. Bruno.

Plaintiff's **exhibit 13** identified, offered and ADMITTED.

Witness excused.

**2:26 p.m.**   Direct examination of defendants' witness Kevin Clark Rock by Ms. Posso.

**2:39 p.m.**   Cross examination by Mr. Bruno.

Witness excused.

**2:42 p.m.**   Direct examination of defendants' witness Edgar Aguillar by Ms. Posso.

**2:48 p.m.**   Cross examination by Mr. Bruno.

Witness excused.

**2:56 p.m.**   Direct examination of defendant Ralph Felix by Ms. Posso.

Defendants' **exhibit H** identified, offered and ADMITTED.

Defendants' **exhibit C** identified, offered and ADMITTED.

Defendants' **exhibit K (redacted)** identified, offered and ADMITTED.

**3:39 p.m.      COURT IN RECESS**

**3:52 p.m.      COURT IN SESSION**

Direct examination by Ms. Posso continues.

Defendants' **exhibit A** identified and offered.  Voir dire by Mr. Bruno.  Objection by Mr. Bruno.  Objection overruled.

**ORDERED:**  Defendants' **exhibit A** is ADMITTED.

Defendants' **exhibit D** identified, offered and ADMITTED.

Defendants' **exhibit J** identified, offered and ADMITTED.

**4:15 p.m.**     Cross examination by Mr. Bruno.

**4:46 p.m.**     Redirect examination by Ms. Posso.

Witness excused.

**4:50 p.m.**     Direct examination of plaintiff's witness Kevin Kormondy by Mr. Bruno.

Witness excused.

**ORDERED:**  Plaintiff's Motion for Preliminary Injunction Regarding In-Term Convenant Not to Compete (Doc #45), filed 4/6/10 is **TAKEN UNDER ADVISEMENT**.

**ORDERED:**  Counsel may file supplemental briefs, limited to five pages, by **12:00 midnight on June 25, 2010.**

**5:00 p.m.      COURT IN RECESS**

**Total in court time:          356 minutes**

**Hearing concluded**