IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00362-PAB-KLM

BIG O TIRES, LLC, a Nevada limited liability company f/k/a BIG O TIRES, INC., a Colorado Corporation,

    Plaintiff,

v.

FELIX BROS., a California corporation,
RALPH FELIX, and individual,
ARMIDA FELIX, an individual,
ANGEL FELIX, an individual, and
MARIA FELIX, an individual,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Stipulation and Joint Motion for Approval of Stipulation Regarding Amended Complaint and Answer** [Docket No. 84; Filed July 28, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Plaintiff shall file an amended complaint on or before **July 30, 2010**. Defendants shall answer or otherwise respond to the amended complaint on or before **August 19, 2010**.

    Dated: July 29, 2010