IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00362-PAB-KLM

BIG O TIRES, LLC, a Nevada limited liability company f/k/a BIG O TIRES, INC., a Colorado Corporation,

       Plaintiff,

v.

FELIX BROS., a California corporation,
RALPH FELIX, and individual,
ARMIDA FELIX, an individual,
ANGEL FELIX, an individual, and
MARIA FELIX, an individual,

       Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

       This matter is before the Court on Plaintiff's **Unopposed Motion to Appear at Settlement Conference via Telephone** [Docket No. 96; Filed January 5, 2011] and Defendant Ralph Felix's **Unopposed Motion for Telephone Appearance** [Docket No. 97; Filed January 5, 2011] (collectively, the "Motions").

       IT IS HEREBY **ORDERED** that the Motions are **GRANTED**.  Accordingly, Plaintiff's representative, Brian Maciak, and Defendant Ralph Felix may participate in the Settlement Conference on January 13, 2011 at 1:30 p.m. by telephone.

       IT IS FURTHER **ORDERED** that counsel for Plaintiff, Harold Bruno, and counsel for Defendant Ralph Felix, Isabel Posso, shall appear in person at the Settlement Conference. Counsel **must** have telephone numbers at which their clients can be reached throughout the duration of the Settlement Conference.  Counsel are encouraged to bring a cellular telephone on which they can contact their clients during the Settlement Conference. Cellular telephones equipped with digital cameras are not permitted inside the Byron G. Rogers United States Courthouse.

       Dated:  January 5, 2011