# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: December 16, 2011 |
| Court Reporter: Janet Coppock | Time: 22 minutes |

**CASE NO.  10-cv-00362-PAB-KLM**

| Parties | Counsel |
|---|---|
| **BIG O TIRES, LLC,** | Harold Bruno |
| Plaintiff (s), | |
| vs. | |
| **FELIX BROS.,** **RALPH FELIX,** **ARMIDA FELIX,** **ANGEL FELIX, and** **MARIA FELIX,** | Isabel Posso |
| Defendant (s). | |

## TRIAL PREPARATION CONFERENCE

**2:32 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.

Matter set for 6-day trial to Court, commencing January 9, 2012 at 9:00 a.m.

Page Two
10-cv-00362-PAB-KLM
December 16, 2011

Discussion regarding pending motions.

**ORDERED:** Plaintiff's Motion to Preserve Expert Testimony by Transcript Pursuant to Fed.R.Civ.P. 65(a)(2), (Doc #118), filed 9/7/11 is **DENIED as MOOT**.

Ms. Posso advises that the parties have stipulated to **waive** the jury trial.

Court and counsel discuss Judge Brimmer's Practice Standards, including 15 minute opening statements, 15 voir dire by counsel, witnesses and exhibits.

**ORDERED:** Ms. Posso is directed to confer with Mr. Bruno as to scope of the testimony defendants plan to elicit from Tad Kyle and advise the Court by **December 22, 2011.**

**ORDERED:** Witnesses will be **SEQUESTERED.**

**2:54 p.m.**     **COURT IN RECESS**

**Total in court time:**     22 minutes

**Hearing concluded**