IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 10-cv-00362-PAB-KLM

BIG O TIRES, LLC, a Nevada limited
liability company f/k/a BIG O TIRES, INC.,
a Colorado corporation,

    Plaintiff,

v.

FELIX BROS., INC., a California corporation, et al.,

    Defendants.

---

## ORDER

---

This matter is before the Court on the plaintiff's motion to exclude the testimony of Mr. Tad Kyle, defendants' proffered expert witness [Docket No. 129]. Defendants no longer intend to call Mr. Kyle as an expert during the trial scheduled to commence on January 9, 2012. *See* Docket No. 149; *see also* Docket No. 151 (Defendants' Amended Witness List). Therefore, it is

**ORDERED** that plaintiff's motion to exclude expert testimony [Docket No. 129] is denied without prejudice as moot.

DATED December 22, 2011.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge