IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 10-cv-00362-PAB-KLM

BIG O TIRES, LLC, a Nevada limited
liability company f/k/a BIG O TIRES, INC.,
a Colorado corporation,

    Plaintiff,

v.

FELIX BROS., INC., a California corporation, et al.,

    Defendants.

---

## ORDER

---

This matter is before the Court on plaintiff's unopposed motion to quantify prejudgment interest [Docket No. 163].  On January 11, 2012, the Court ordered that judgment enter, *inter alia*, in favor of plaintiff and against defendants Felix Bros., Inc. and Ralph Felix on plaintiff's trademark claim in the amount of $2,299.08, plus statutory interest.  *See* Docket No. 162 at 2.  In the present motion, plaintiff requests that the statutory interest due on the $2,299.08 is $350.76.  Defendants do not dispute that calculation.  Therefore, it is

    **ORDERED** that plaintiff's unopposed motion to quantify prejudgment interest [Docket No. 163] is GRANTED.  It is further

    **ORDERED** that judgment shall enter in favor of plaintiff and against defendants Felix Bros., Inc. and Ralph Felix on plaintiff's trademark claim in the amount of $2,299.08 plus $350.76 in statutory interest.  Judgment shall otherwise enter in

accordance with the Court's January 11, 2012 ruling [Docket No. 162].

DATED January 17, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge